# EXHIBIT "A"

**JAMS ARBITRATION**
**Reference No. 1220053114**

**Jason Frank Law, PLC,**
            **Claimant,**

                    **v.**

**Eagan Avenatti, LLP,**
            **Respondent.**

---

**REPORT OF PRELIMINARY HEARING**
**AND SCHEDULING ORDER NO. 1**

A telephonic preliminary arbitration management conference ("PAMC") was conducted in this matter on August 23, 2016, pursuant to written notice, and the following Order is made regarding the conduct of this arbitration:

1.    <u>Parties and Counsel</u>.    The parties to this arbitration are identified in the caption and are represented as follows:

> Eric M. George, Esq.
> Benjamin D. Scheibe, Esq.
> Browne George Ross LLP
> 2121 Avenue of the Stars, Ste. 2400
> Los Angeles, CA    90067
> Tel: (310) 274-7100
> Fax: (310) 275-5697
> egeorge@bgrfirm.com
> bscheibe@bgrfirm.com

> Jason M. Frank, Esq.
> Jason Frank Law, PLC
> 1416 3rd St.
> Manhattan Beach, CA    90266
> Tel: (310) 902-6000
> Fax:
> jfrank@eaganavenatti.com

> Counsel for Claimant

1

Phillip A. Baker, Esq.
Baker Keener & Nahra LLP
633 W. 5th St., Ste. 5500
Los Angeles, CA    90071
Tel: (213) 241-0900
Fax: (213) 241-0990
pbaker@bknlawyers.com

Counsel for Respondents

2.     Arbitration Panel:
       Chair:
       Judge Terry Friedman (Ret.)
       JAMS
       555 W. Fifth St., 32nd Fl.
       Los Angeles, CA    90013
       Tel: (213) 620-1133
       Fax: (213) 620-0100
       tfriedman@jamsadr.com

       Judge Judith Ryan (Ret.)
       JAMS
       500 N. State College Blvd., 14th Fl.
       Orange, CA    92868
       Tel: (714) 937-8256
       Fax: (714) 939-8710
       jryan@jamsadr.com

       Justice Steven Stone (Ret.)
       JAMS
       555 W. Fifth St., 32nd Fl.
       Los Angeles, CA    90013
       Tel: (213) 620-1133
       Fax: (213) 620-0100
       jfeazell@jamsadr.com

3.     Case Manager:
       Jason Feazell
       JAMS
       555 W. Fifth St., 32nd Fl.
       Los Angeles, CA    90013
       Tel: (213) 253-9752
       Fax: (213) 620-0100
       jfeazell@jamsadr.com

4.     Agreement to Arbitrate.    An Independent Contractor Agreement

("Agreement"), dated November 1, 2013, and executed by the parties, contains an arbitration provision governing this dispute.

5.    <u>Applicable Law and Rules</u>.    California substantive and procedural law, along with the JAMS Comprehensive Arbitration Rules and Procedures, govern this arbitration.    Claimant opted into Expedited Procedures.    Respondent declined to agree to the Expedited Procedures. The Panel will consider whether to apply Expedited Procedures after Respondent files its anticipated Cross-Claim.

6.    <u>Parties</u>.    No party intends to add a party to this proceeding.

7.    <u>Claims of Parties and Arbitrability</u>.    Claimant served a Demand for Arbitration Before JAMS on March 2, 2016, which attached a Verified Statement of Claim for Breach of Contract and Demand for Arbitration.    Respondent shall file a Response to the Demand by August 30, 2016. Respondent intends also to file a Cross-Claim by August 30, 2016.    The claims are arbitrable.

8.    <u>Discovery and Exchange of Information</u>.

(a)    The parties shall engage in good faith in an informal exchange of non-privileged information relevant to the claims and this dispute.    The initial exchange shall be completed by September 23, 2016.    The parties have a continuing obligation to exchange newly obtained relevant information.

(b)    Each side may conduct the deposition of an individual under the control of the opposing party.

(c)    The parties shall meet and confer by October 7, 2016 in a good faith effort to adopt a discovery plan.    If after meeting and conferring the parties are unable to resolve a dispute regarding discovery, including the taking of additional depositions, the party seeking the discovery shall file a letter Request not to exceed three pages setting forth good cause for the requested discovery.    In determining good cause, the Panel will consider whether the requested discovery is appropriate to the nature of this case and necessary to adjudicate it.    The other parties shall file a letter Response not to exceed three pages within seven calendar days of service of the Request.    Any party may request a telephonic hearing.

(d)    The parties agreed that the Panel may designate one member of the Panel to decide discovery disputes.

(e)    The parties shall submit third party subpoenas to the Arbitrator with notice to the opposing party.    If the opposing party does not object to the subpoena within one day of notice, the Chair of the Panel will sign the subpoena.    If the opposing party does timely object, the Panel will order the parties to submit brief statements setting forth their position.

9.    <u>Motions</u>.    Neither party anticipates filing a dispositive motion.    Claimant anticipates filing a Request for Attachment.    Claimant shall notify JAMS Case Manager Jason Feazell when it expects to file the Request so JAMS can set a briefing and hearing schedule.

10.      <u>Plenary Hearing</u>.

(a)      The plenary Arbitration Hearing will be conducted from 9:30 am – 5:30 pm on March 13-17, 2017 and March 27-28, 2017.    The Hearing will be held at the JAMS Century City Resolution Center, located at 1925 Century Park East, Suite 1400, Los Angeles, California.    The cancellation period for the Hearing is 60 days or more prior to the Hearing.    Once the cancellation period lapses, Arbitration hearing fees are not refundable.

(b)      Prehearing briefs shall be filed not later than three business days prior to the Hearing.    The briefs shall be limited to 15 pages and should summarize the facts and evidence the party intends to present and discuss the applicable law and the basis for the requested Award or denial of relief sought.

(c)      <u>Exhibits</u>:    The parties shall serve and exchange all written expert reports and all exhibits 14 calendar days prior to the Hearing.    The parties shall file a Joint Exhibit List three business days prior to the Hearing.    Any objection to the introduction of an exhibit should be indicated on the joint exhibit list.    Exhibits not objected to by the commencement of the hearing shall be deemed admitted.    The Panel requests that three business days prior to the Hearing a Joint Exhibit Book be provided to Justice Stone and to Judge Ryan and that the exhibits be provided to Judge Friedman electronically by thumbdrive in .pdf format.[1]    The electronic exhibits should be contained in a folder containing a separate .pdf file for each exhibit and each exhibit should be identified in the folder by a short title for identification purposes.    Additional sets of exhibits shall be made available for the witnesses in addition to copies for counsel.    All exhibits will be discarded 30 days after the issuance of the Final Award unless a party requests, in writing, that the exhibits be retained or returned.

(d)      <u>Witnesses</u>:    The parties shall exchange a list of all witnesses, including experts, they intend to call at the Hearing 14 days prior to the Hearing.    The parties shall furnish to the Panel at least three business days prior to the commencement of the Hearing a Joint Witness List, including a short description of the anticipated testimony of each witness and an estimate of the length of each witness' direct testimony and cross examination.

(e)      The parties are encouraged to execute a stipulation of undisputed facts and to submit that document to the Panel at the Hearing.

(f)      Respondent intends to utilize a court reporter to transcribe the Hearing.

---

[1]  Exhibits shall be provided to the Arbitrator in the following .pdf format:
-     Adobe Acrobat
-     Searchable multi-page files
-     No password restricting access
-     Document restriction for "printing," "changing the document," "document assembly," "content copying or extraction," "content extraction for accessibility" and "commenting" set to "allowed."

(g)      The Arbitration Hearing will be deemed closed upon the conclusion of the presentation of evidence or on the date that post arbitration closing arguments are made or closing briefs are due, whichever is later.

(h)      Award.    The Agreement provides that the Panel shall allocate all or part of the costs of arbitration, including the Arbitrators' fees and reasonable attorneys' fees and accountant fees, to the prevailing party.      Therefore, the Panel likely will issue an Interim Award before issuing a Final Award.    The written awards shall state the factual and legal grounds on which the decision of the Arbitrator is based.      The awards may be served by regular mail unless any party requests, in writing, service by certified mail in accordance with Cal. Code of Civil Procedure Section 1283.6. The Initial Award will be issued by 30 days after the conclusion of the Hearing, including the presentation of any post-Hearing arguments and the filing of any post-Hearing briefs.      The Final Award will be issued by 30 days after the filing of any post-Initial Award briefs.

11.    Miscellaneous.

(a)      All documents filed in this matter shall be submitted electronically through Case Anywhere, the JAMS Electronic Filing System (the "System"), which can be accessed through the JAMS website.   An email notification with a link to each document served will be sent to authorized personnel following transmission of the record.   Such notification shall be deemed to constitute service.    A confirmation of service will also be emailed to the uploading user.

The electronic file for this matter will be made accessible to JAMS personnel, the Arbitrator, and Claimant and Respondent counsel.   Counsel may also request that other attorneys and professional staff members from their firm as well as their client(s) be provided access.   Such requests should be made directly to Case Anywhere LLC, the e-filing and e-service partner of JAMS.

The parties agree to pay applicable e-filing and e-service fees billed by Case Anywhere.

All customer support and technical issues relating to the System should also be directed to Case Anywhere at (800) 884-3163 or support@caseanywhere.com.   Please review the JAMS Rules relating to e-filing and e-service for further information.

Questions regarding service should be directed to JAMS.

(b)      Cancellation fee of the arbitrator:    The parties will be requested to deposit fees sufficient to compensate the arbitrator for the scheduled hearing in advance of the commencement of the hearing.    If the hearing is cancelled or continued for any reason, the deposit for the cancelled day(s) shall be deemed a cancellation fee and shall be immediately payable to JAMS. JAMS shall refund fees for any hearing day, which is rebooked, to the extent of fees earned on that day.

(c)      All filings shall be double-spaced and in normal font.

(d)      All deadlines herein shall be strictly enforced.    This Order shall continue in effect unless and until amended by subsequent order of the arbitrator.

Dated:    August 23, 2016

Judge Perry Friedman (Ret.)
Chair. Arbitration Panel

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Jason Frank Law, PLC vs. Eagan Avenatti, LLP
Reference No. 1220053114

I, Gregory Shackelford, not a party to the within action, hereby declare that on August 26, 2016, I served the attached REPORT OF PRELIMINARY HEARING AND SCHEDULING ORDER NO.1 on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Jason M. Frank Esq.
Jason Frank Law, PLC
1416 3rd Street
Manhattan Beach, CA   90266
Phone: 310-902-6000
jasonfranklaw@gmail.com
    Parties Represented:
    Jason Frank Law, PLC


Eric M. George Esq.
Benjamin D. Scheibe Esq.
Browne George Ross LLP
2121 Avenue of the Stars
Suite 2400
Los Angeles, CA  90067
Phone: 310-274-7100
egeorge@bgrfirm.com
bscheibe@bgrfirm.com
    Parties Represented:
    Jason Frank Law, PLC

Michael J. Avenatti Esq.
Eagan Avenatti, LLP
520 Newport Center Dr.
Suite 1400
Newport Beach, CA   92660
Phone: 949-706-7000
mavenatti@eaganavenatti.com
    Parties Represented:
    Eagan Avenatti, LLP


Phillip A. Baker Esq.
Baker Keener & Nahra LLP
633 W. 5th St.
Suite 4900
Los Angeles, CA  90071-2005
Phone: 213-241-0900
pbaker@bknlawyers.com
    Parties Represented:
    Eagan Avenatti, LLP

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on August 26, 2016.

Gregory Shackelford
gshackelford@jamsadr.com