# **EXHIBIT "D"**

**From:** "Baker, Phillip A." <pbaker@bknlawyers.com>
**Subject: RE: Depositions**
**Date:** March 1, 2017 at 11:20:34 AM PST
**To:** Jason Frank <jfrank@lawfss.com>
**Cc:** "Eric M. George" <egeorge@bgrfirm.com>, Benjamin Scheibe <BScheibe@bgrfirm.com>

**Yes, I believe that will work.**

---

**From:** Jason Frank [mailto:jfrank@lawfss.com]
**Sent:** Wednesday, March 01, 2017 9:46 AM
**To:** Baker, Phillip A.
**Cc:** Eric M. George; Benjamin Scheibe
**Subject:** RE: Depositions

Phil,

Can you please get back to us before noon today confirming that Judy Regnier and Michael Eagan will be appearing for their depositions on Friday as you offered below.  I assume the offer was not illusory, but want to make sure before we re-book the Court Reporter.  Also, in light of the fact that you are forcing us to take multiple depositions in a single day, we would like to start at 9:00.

Thank you,

Jason Frank, Esq., Partner
FRANK SIMS & STOLPER LLP
19800 McArthur Blvd, Suite 855
Irvine, California 92612
(949) 201-2400 (Office Main)
(949) 201-2404 (Office Direct)
(310) 902-6000 (Cell)
jfrank@lawfss.com

**From:** Jason Frank
**Sent:** Tuesday, February 28, 2017 3:37 PM
**To:** Baker, Phillip A. <pbaker@bknlawyers.com>
**Cc:** Eric M. George <egeorge@bgrfirm.com>; Benjamin Scheibe <BScheibe@bgrfirm.com>
**Subject:** RE: Depositions

Phil,

That is not a good faith offer.  You know full well we cannot complete all of the depositions in a day.  Why, for example, is Judy Regnier not available at an earlier date?  Without waiving our rights to challenge EA's lack of good faith compliance, we will agree to take Judy Regnier's deposition in the morning, with Michael Eagan to follow when we are completed, even if we have to go into the wee

hours of the night.  Please confirm Ms. Regnier and Mr. Eagan will be showing up at Mr. George's office on Friday at 9:30.

Jason Frank, Esq., Partner
FRANK SIMS & STOLPER LLP
19800 McArthur Blvd, Suite 855
Irvine, California 92612
(949) 201-2400 (Office Main)
(949) 201-2404 (Office Direct)
(310) 902-6000 (Cell)
jfrank@lawfss.com

**From:** Baker, Phillip A. [mailto:pbaker@bknlawyers.com]
**Sent:** Tuesday, February 28, 2017 3:35 PM
**To:** Jason Frank <jfrank@lawfss.com>
**Subject:** Depositions

**I apologize for the delay.  I can have all three witnesses available on Friday at your convenience.  We are willing to go later if you would like to complete them that day.**

**Phil**



Phillip A. Baker
pbaker@bknlawyers.com

Baker, Keener & Nahra
633 W. 5th Street
Suite 4900
Los Angeles,  California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

THIS ELECTRONIC MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (213) 241-0900, AND DESTROY THE ORIGINAL TRANSMISSION  AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.