# **EXHIBIT "E"**

**From:** "Baker, Phillip A." <pbaker@bknlawyers.com>
**Subject: Automatic Stay**
**Date:** March 2, 2017 at 5:31:44 PM PST
**To:** Jason Frank <jfrank@lawfss.com>, Benjamin Scheibe <BScheibe@bgrfirm.com>, "Eric M. George" <egeorge@bgrfirm.com>
**Cc:** Jason Feazell <jfeazell@jamsadr.com>, "manthony@jamsadr.com" <manthony@jamsadr.com>

**Gentlepeople, the depositions will not be proceeding tomorrow in light of the attached. This will be uploaded to caseanywhere tomorrow. This is being submitted as highly confidential under the terms of the protective order.**



Phillip A. Baker
pbaker@bknlawyers.com

Baker, Keener & Nahra
633 W. 5th Street
Suite 4900
Los Angeles,  California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

THIS ELECTRONIC MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (213) 241-0900, AND DESTROY THE ORIGINAL TRANSMISSION  AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.