

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/08/2017 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-01329-KSJ** | **11** | **03/01/2017** |

**Chapter 11**

**DEBTOR:**   Eagan Avenatti LLP

**DEBTOR ATTY:**   NA

**TRUSTEE:**   NA

**HEARING:**

(1) Emergency Motion for Relief from Stay by Creditor Jason Frank Law filed on 3/6/17 (Doc. #3)
- Declaration re: Declaration of Jason M. Frank in Support of Creditor, Jason Frank Law, PLC's Emergency Motion for Limited Relief From the Automatic Stay Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. filed on 3/6/17 (Doc. #5)

**APPEARANCES:**:
  ELIZABETH GREEN (Debtor's Atty.)
TIFFANY PAYNE (Debtor's Atty.)
ISAAC M. MARCUSHAMER (Atty for Creditor, Jason Frank Law)
JASON FRANK (Creditor)
ERIC M. GEORGE    (Atty.)

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Emergency Motion for Relief from Stay by Creditor Jason Frank Law filed on 3/6/17   (Doc. #3): Debtor has until noon on Friday, 3/10/17, to consent to bankruptcy. If the Debtor does not consent to bankruptcy, the stay will lift so that arbitration can proceed on 3/13/17. Order by Mr. Marcushamer.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.