**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**EAGAN AVENATTI, LLP**               **CASE NO.: 6:17-bk-01329-KSJ**

      **Debtor.**                                    **Chapter 11**

_____/

**EAGAN AVENATTI, LLP'S ANSWER**
**TO INVOLUNTARY PETITION AND CONSENT TO ENTRY**
**OF ORDER FOR RELIEF AND RESERVATION OF RIGHTS**

EAGAN EVENATTI, LLP, ("EA") through its undersigned proposed counsel, hereby files this Answer to Involuntary Petition and Consent to Entry of Order for Relief and Reservation of Rights (the "Answer and Consent"), and respectfully requests that this Court enter an Order for Relief pursuant to 11 U.S.C. § 303(h) against EA under Chapter 11 of the Bankruptcy Code.[1]

## BACKGROUND

1. On March 1, 2017, an involuntary Chapter 11 petition (Doc. No. 1) was commenced against EA by Gerald Tobin ("Tobin" or "Petitioning Creditor") in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. During the involuntary gap period, EA continued to operate its business in the ordinary course.

2. EA is a limited liability partnership formed in California. EA will be filing various first day pleadings designed to ease EA's transition into bankruptcy, including a first day declaration with detailed background on EA, its history, its operations and assets.

---

[1] All references to the Bankruptcy Code herein shall refer to Title 11 of the United States Code.

## ANSWER AND CONSENT TO ORDER FOR RELIEF

3. By this Answer and Consent, EA hereby consents to the entry of an Order for Relief commencing its voluntary Chapter 11 case.

## RESERVATION OF RIGHTS

4. EA expressly reserves all of its rights and remedies under Section 303(i) of the Bankruptcy Code and otherwise.

WHEREFORE, EA respectfully requests that the Court (i) enter an Order for Relief under Section 303(h) against EA under Chapter 11 of the Bankruptcy Code, and (ii) grant to EA such other and further relief as is just and proper.

DATED: March 10, 2017

/s/ *Elizabeth A. Green*_____
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
Email: egreen@bakerlaw.com
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
Email: tpayne@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Ave, Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Proposed counsel to Eagan Avenatti, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **EAGAN AVENATTI, LLP'S ANSWER TO INVOLUNTARY PETITION AND CONSENT TO ENTRY OF ORDER FOR RELIEF AND RESERVATION OF RIGHTS** has been filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice and/or via U.S. First Class Postage Prepaid Mail to the following: served on this 10th day of March, 2017 either by electronic transmission to all parties requesting notice and/or by United States first class mail postage prepaid to the following: Eagan Avenatti LLP, 520 Newport Center Drive, #1400, Newport Beach, CA 92660 (*Debtor*); Gerald Tobin, 2014 Edgewater Drive, #169, Orlando, FL 32804 (*Petitioning Creditor*); Isaac M. Marcushamer, Esq.; Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131.5319 (*A/F Jason Frank Law, PLC*); Jason Frank Law, PLC, c/o Isaac M. Marcushamer, Esq.; Berger Singerman LLP,

1450 Brickell Avenue, Suite 1900, Miami, FL 33131.5319 (*Creditor*); Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346; and Jill Kelso and Audrey Aleskovsky, Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801 on this 10th day of March, 2017.

                                          /*s*/ *Elizabeth A. Green*_____
                                          Elizabeth A. Green, Esq.