[671ord03] [ORDER FOR RELIEF UNDER CHAPTER]

ORDERED.

Dated:  March 10, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 6:17–bk–01329–KSJ
                                                                                          Chapter 11
Eagan Avenatti LLP

_____Debtor*_____/

ORDER FOR RELIEF UNDER CHAPTER 11

   Upon consideration of the petition filed on March 1, 2017 against the above–named debtor and that an answer has been filed admitting all allegations , it is

   ORDERED:

   1. An order for relief under Chapter 11 of Title 11, United States Code, is hereby entered.

   2. Pursuant to Fed. R. Bankr. P. 1007(c), the debtor shall file a list of creditors, schedule of its assets and liabilities, and a statement of its financial affairs within 14 days of the date of this order.

   3. If the debtor fails to comply with paragraph 2 of this order, the petitioning creditors shall, pursuant to Fed. R. Bankr. P. 1007, file the required statement and schedules to the best of their ability.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.