Fill in this information to identify the case:

Debtor name __EAGAN AVENATTI, LLP__

United States Bankruptcy Court for the: __Middle__ District of __Florida__
(State)

Case number (If known): __17-01329__

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Authentic Entertainment Properties, LLC<br>Authentic Entertainment Properties Development, LLC<br>c/o Andrew D. Stolper, Esq.<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612 | | Litigation | Unliquidated<br>Disputed | | | Unknown |
| 2 | Baker, Keener & Nahra LLP<br>633 West Fifth Street, Suite 5400<br>Los Angeles, CA 90071 | | Professional Services | | | | 237,641.46 |
| 3 | California Bank & Trust<br>P.O. Box 30833<br>Salt Lake City, UT 84130-0833 | | Bank Loan | | | | 100,000.00 |
| 4 | Competition Economics, LLC<br>2000 Powell Street, Suite 510<br>Emeryville, CA 94608 | | Professional Services | | | | 197,658.75 |
| 5 | David W. Stewart, PhD<br>13031 Villosa Pl, #121<br>Playa Vista, CA 90094 | | Professional Services | | | | 15,000.00 |
| 6 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | Taxes | Unliquidated<br>Disputed | | | 1,146,255.45 |
| 7 | Employment Development Department<br>P.O. Box 989061<br>West Sacramento, CA 95798-9061 | | Taxes | Unliquidated<br>Disputed | | | 445,401.32 |
| 8 | FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | | Trade Debt | | | | 7,917.82 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  EAGAN AVENATTI, LLP            Case number (if known) 17-01329

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Filippo Marchino<br>1910 West Sunset Boulevard<br>Suite 450<br>Los Angeles, California 90026 | | Professional Services<br>Trade Debts | Unliquidated | | | Unknown |
| 10 | Gerald Tobin<br>2014 Edgewater Drive<br>#169<br>Orlando, FL 32804 | | Professional Services | Unliquidated<br>Disputed | | | 28,000.00 |
| 11 | Green Street Advisors<br>660 Newport Center Drive<br>Suite 800<br>Newport Beach, CA 92660 | | Professional Services | Unliquidated<br>Disputed | | | 40,000.00 |
| 12 | International Personnel Protection, Inc.<br>P.O. Box 92493<br>Austin, TX 78709 | | Professional Services | | | | 16,900.00 |
| 13 | Jason M. Frank<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612 | | Litigation | Unliquidated<br>Disputed | | | Unknown |
| 14 | Jams<br>P.O. Box 845402<br>Los Angeles, CA 90084-5402 | | Professional Services | Unliquidated<br>Disputed | | | 12,000.00 |
| 15 | Judicate West<br>1851 East First Street<br>Suite 1600<br>Santa Ana, CA 92705 | | Professional Services | Unliquidated<br>Disputed | | | 10,303.75 |
| 16 | KNJ Ventures<br>1106-A Broadway<br>Santa Monica, CA 90401 | | Professional Services | | | | 54,502.91 |
| 17 | Norell Consulting, Inc.<br>218 Catherine Park<br>Glendora, CA 91741 | | Professional Services | Unliquidated<br>Disputed | | | 41,802.81 |
| 18 | Personal Court Reporters, Inc.<br>14520 Sylvan Street<br>Van Nuys, CA 91411 | | Professional Services | | | | 42,274.95 |
| 19 | Scott Sims<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612 | | Litigation | Unliquidated<br>Disputed | | | Unknown |
| 20 | The Montage Laguna Beach<br>Finance Department<br>30801 South Coast Highway<br>Laguna Beach, CA 90651 | | Trade Debts | | | | 7,854.00 |