[jiffyord] [Bench Order +]

ORDERED.

Dated: **March 14, 2017**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:17−bk−01329−KSJ
                                                                                        Chapter 11
Eagan Avenatti LLP

_____Debtor*_____/

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

   THIS CASE came on for hearing on March 8, 2017 , for consideration of the **Motion for Relief from Stay** (Doc. **3** ), filed by **Isaac Marcushamer** .

   For the reasons stated orally and recorded in open court, the Motion for Relief from Stay is Denied .

   The Motion for Relief from Stay is denied is without prejudice.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Isaac Marcushamer is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.