UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

EAGAN AVENATTI LLP                    CASE NO.: 6:17-bk-01329-KSJ
                                      Chapter 11
        Debtor.
_____/

NOTICE OF FILING
*AMENDED* EXHIBIT "A"

PLEASE TAKE NOTICE that Eagan Avenatti, LLP ( the "Debtor"), by and through its proposed undersigned counsel, hereby files the attached *Amended* Exhibit A to the *Debtor-In-Possession's Emergency Motion for an Order Authorizing Payment of "GAP" Compensation and Benefits and Directing Financial Institutions to Honor Checks for Payment of Same*, filed as Doc. No. 20 on March, 14, 2017.

Respectfully submitted this 14th day of March, 2017.

/s/ Tiffany D. Payne
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
Email: egreen@bakerlaw.com
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
Email: tpayne@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Ave, Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Proposed counsel to Eagan Avenatti, LLP*

610483577.1

## *AMENDED* EXHIBIT A

| Employee Name | Employee Category | Gap Wages (Gross) |
|---|---|---|
| Arden, John | Attorney | $6,496.22 |
| Bonilla, Natalia | Staff | $1,988.64 |
| Cameron, James | Staff | $1,781.82 |
| Cassaro, Thomas | Staff | $1,577.65 |
| Colorado, Carlos | Attorney | $6,098.49 |
| Diaz, Michael | Staff | $954.55 |
| Garcia, Alfredo | Staff | $1,145.45 |
| Garcia, Maria | Staff | $2,836.36 |
| Gray, Thomas | Attorney | $1,988.64 |
| Ibrahim, Ahmed | Attorney | $7,954.55 |
| Marchino, Filippo | Attorney | $5,303.03 |
| Ohman, Christopher | Staff | $3,500.00 |
| Regnier, Judy | Staff | $4,905.31 |
| Rogers, Damon | Attorney | $1,590.91 |
| Sneddon, Katherine | Staff | $1,969.70 |
| Wolett, Hillary | Staff | $1,344.00 |
| **TOTAL** | | **$51,435.32** |

610483577.1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

EAGAN AVENATTI, LLP                              CASE NO.: 6:17-bk-01329-KSJ

            Debtor.                                               CHAPTER 11
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING PAYMENT OF "GAP" COMPENSATION AND BENEFITS AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR PREPETITION CHECKS FOR PAYMENT OF SAME AND CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING** has been filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice and/or via U.S. First Class Postage Prepaid Mail to the following: Eagan Avenatti LLP, 520 Newport Center Drive, #1400, Newport Beach, CA 92660 (*Debtor*); Gerald Tobin, 2014 Edgewater Drive, #169, Orlando, FL 32804 (*Petitioning Creditor*); Isaac M. Marcushamer, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131.5319 (*a/f Jason Frank Law, PLC*); Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346; Employment Development Department, Bankruptcy Unit-MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001; Employment Development Department, Attn: MIC53, 800 Capitol Mail, Sacramento, CA 95814; All Creditors and Parties-In-Interest (*which includes the 20 Largest Unsecured Creditors*) on the matrix attached hereto and filed with the Court; and the Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

                                        */s/ Tiffany D. Payne*
                                        Tiffany D. Payne, Esq.

610483577.1

```
Label Matrix for local noticing          Eagan Avenatti LLP                       Jason Frank Law, PLC
113A-6                                   520 Newport Center Drive #1400           c/o Isaac M. Marcushamer, Esq.
Case 6:17-bk-01329-KSJ                   New Port Beach, CA 92660-7034            Berger Singerman LLP
Middle District of Florida                                                        1450 Brickell Avenue
Orlando                                                                           Suite 1900
Tue Mar 14 10:04:41 EDT 2017                                                      Miami, FL 33131-5319

Gerald Tobin                             Authentic Entertainment                  Authentic Entertainment
2014 Edgewater Drive #169                Properties Development, LLC              Properties, LLC
Orlando, FL 32804-5312                   c/o Andrew D. Stolper, Esq.              c/o Andrew D. Stolper, Esq.
                                         19800 MacArthur Blvd., #855              19800 MacArthur Blvd., #855
                                         Irvine, CA 92612-8444                    Irvine, CA 92612-8444

Baker, Keener & Nahra LLP                California Bank & Trust                  Competition Economics, LLC
633 West Fifth Street                    PO Box 30833                             2000 Powell Street
Suite 5400                               Salt Lake City, UT 84130-0833            Suite 510
Los Angeles, CA 90071-2060                                                        Emeryville, CA 94608-1886

David W. Stewart, PhD                    (p)INTERNAL REVENUE SERVICE              Employment Development Dept.
13031 Villosa Place                      CENTRALIZED INSOLVENCY OPERATIONS        PO Box 989061
#121                                     PO BOX 7346                              West Sacramento, CA 95798-9061
Playa Vista, CA 90094-6500               PHILADELPHIA PA 19101-7346

FedEx                                    Filippo Marchino                         Green Street Advisors
PO Box 7221                              1910 West Sunset Blvd.                   660 Newport Center Drive
Pasadena, CA 91109-7321                  Suite 450                                Suite 800
                                         Los Angeles, CA 90026-7118               Newport Beach, CA 92660-6409

Internal Revenue Service                 International Personnel                  Jams
Post Office Box 7346                     Protection, Inc.                         PO Box 845402
Philadelphia PA 19101-7346               PO Box 92493                             Los Angeles, CA 90084-5402
                                         Austin, TX 78709-2493

Jason M. Frank                           Judicate West                            KNJ Ventures
Frank Sims Stolper, LLP                  1851 East First Street                   1106-A Broadway
19800 MacArthur Blvd.                    Suite 1600                               Santa Monica, CA 90401
Suite 855                                Santa Ana, CA 92705-4058
Irvine, CA 92612-8444

Norell Consulting, Inc.                  Personal Court Reporters Inc             Scott Sims
218 Catherine Park                       14520 Sylvan Street                      Frank Sims Stolper, LLP
Glendora, CA 91741-3017                  Van Nuys, CA 91411-2324                  19800 MacArthur Blvd.
                                                                                  Suite 855
                                                                                  Irvine, CA 92612-8444

The Montage Laguna Beach                 United States Trustee - ORL +            Elizabeth A Green +
Finance Dept.                            Office of the United States Trustee      Baker & Hostetler LLP
30801 South Coast Highway                George C Young Federal Building          200 S Orange Ave
Laguna Beach, CA 92651-4221              400 West Washington Street, Suite 1100   Suntrust Center, Suite 2300
                                         Orlando, FL 32801-2210                   Orlando, FL 32801-3432

Jill E Kelso +                           Isaac Marcushamer +                      Audrey M Aleskovsky +
Office of the United States Trustee      Berger Singerman, PA                     Office of the United States Trustee
400 W. Washington Street                 1450 Brickell Avenue, 19th Floor         George C. Young Federal Building
Suite 1100                               Miami, FL 33131-3444                     400 West Washington St, Suite 1100
Orlando, FL 32801-2440                                                            Orlando, FL 32801-2210
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Gerald Tobin<br>2014 Edgewater Drive<br>#169<br>Orlando, FL 32804-5312 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case |

End of Label Matrix
Mailable recipients   29
Bypassed recipients    3
Total                 32