**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

| | |
|---|---|
| Eagan Avenatti, LLP, ) | Case No.: 6:17-bk-01329-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS

The United States Trustee gives notice that the Section 341(a) meeting of creditors that was originally scheduled for April 3, 2017 at 9:00 a.m. has been rescheduled. The rescheduled Section 341 Meeting will be held on **Monday, April 17, 2017, at 9:00 a.m.**, at the George C. Young Federal Building and U.S. Courthouse, 400 W. Washington Street, Suite 1203B, Orlando, Florida 32801. Debtor's counsel has agreed to serve this Notice on all creditors, pursuant to Bankruptcy Rule 2002(a), and to file a Certificate of Service on the docket to demonstrate proof of proper service.

DATED: March 15, 2017.    Respectfully submitted,

Guy G. Gebhardt, Acting United States
Trustee for Region 21

*/s/ Jill E. Kelso*
Jill E. Kelso, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 0578541
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 137
Facsimile No.: (407) 648-6323
Email: jill.kelso@usdoj.gov