UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.: 6:17-bk-01329-KSJ

EAGAN AVENATTI, LLP                                 Chapter 11

        Debtor.
_____/

EXHIBIT LIST FOR
Eagan Avenatti, LLP
March 16, 2017

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---|---|---|---|
| 1 | 3/16/17 | 3/16/17 | Payroll – Gross Net |

By: [signature]
Deputy Clerk, In Attendance

Danielle L. Merola
Law Clerk to Judge
Jennemann