

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/16/2017 11:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:17-bk-01329-KSJ | 11 | 03/01/2017 |

Chapter 11

**DEBTOR:**   Eagan Avenatti LLP

**DEBTOR ATTY:**   Tiffany Payne

**TRUSTEE:**   NA

**HEARING:**

(1) Emergency Motion of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same (Doc #20) (filed 3/14/17)
Notice of Filing Amended Exhibit A (Doc #23) (filed 3/14/17)
NOTE:
-Chapter 11 Case Management Summary   (Doc #19)
-Notice of 2004 Examination of The UPS Store, Inc. filed by Creditor Jason Frank Law, PLC (Doc #26) (filed 3/15/17)
-Notice of 2004 Examination of Petitioning Creditor Gerald Tobin filed by Jason Frank Law, PLC (Doc #27) (filed 3/15/17)

**APPEARANCES:**:

Tiffany Payne (Debtor)
Jill Kelso (UST)
Isaac Marcushamer (Creditor Jason Frank Law, PLC) (telephone)
Ilyse Homer (Creditor Jason Frank Law, PLC) (telephone)

**EVIDENCE:**

 Debtor's Exhibit 1 admitted

**RULING:**
(1) Emergency Motion of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same   (Doc #20): Granted. Order by Ms. Payne. There will be a further status conference in this case at 11:00 a.m. on April 17, 2017. (AOCNFNG).

Notice of Filing Amended Exhibit A (Doc #23) (filed 3/14/17)

*PRO MEMO BY DLM*

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.