ORDERED.

Dated: March 23, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CASE NO.: 6:17-bk-01329-KSJ

EAGAN AVENATTI, LLP                                 Chapter 11

    Debtor.

ORDER GRANTING DEBTOR-IN-POSSESSION'S
EMERGENCY MOTION FOR AN ORDER AUTHORIZING PAYMENT OF
"GAP"COMPENSATION AND BENEFITS AND DIRECTING FINANCIAL
INSTITUTIONS TO HONOR CHECKS FOR THE PAYMENT OF SAME

This case came on for hearing on March 16, 2017, on the emergency motion of EAGAN AVENATTI, LLP, ("EA") to authorize payment of "gap" compensation and benefits arising in the ordinary course of business for the period from and between March 1, 2017 to March 9, 2017, and directing financial institutions to honor checks for the payment of same (Doc. No. 20).

Upon consideration of the motion, the law and hearing argument of counsel, it is

ORDERED:

1.      The Motion (Doc. No. 20) is GRANTED.

2.      EA is hereby authorized to pay prepetition compensation and benefits arising in

the ordinary course of business for the period from and between March 1, 2017 to March 9, 2017, and financial institutions are authorized to honor checks for the payment of same.

*\*\*\* Attorney Tiffany D. Payne is directed to serve a copy of this order*

*on interested parties and file a proof of service within 3 days of entry of the order \*\*\**

610537152.1