**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:17-bk-01329-KSJ** |
| **EAGAN AVENATTI, LLP** | **Chapter 11** |
| **Debtor.** | |
| _____ / | |

**DEBTOR'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND THE LIST OF CREDITORS REQUIRED BY FED. R. BANKR. P. 1007(A)(2)**

EAGAN AVENATTI, LLP, ("EA" or "Debtor") through its undersigned proposed counsel, and pursuant to Fed. R. Bankr. P. 1007(c) and 9006(b)(1), requests a further extension of six [6] additional days of the deadline to file (i) its schedules and statement of financial affairs (collectively, "Schedules"), and (ii) the list required by Fed. R. Bank. P. 1007(a)(2) ("Rule 1007(a)(2) List"). In support of extending the deadline by six days (until April 6, 2017) EA states as follows.

1.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  On March 1, 2017 ("Involuntary Petition Date"), Gerald Tobin filed an involuntary Chapter 11 petition (Doc. No. 1) against EA in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

3.  On March 10, 2017, EA filed its Answer to Involuntary Petition and Consent to Entry of Order for Relief and Reservation of Rights (Doc. No. 12), and on the same date, the Court entered an Order for Relief (Doc. No. 13).

4. On March 13, 2017, the Debtor filed its list of the 20 largest unsecured creditors in accordance with Bankruptcy Rule 1007(d) (Doc. No. 17).

5. On March 17, 2017 the Court granted Debtor's Motion for an Extension of Time to File Schedules, Statement of Financial Affairs, and List of Creditors Required by Fed. R. Bankr. P. 1007 (a)(2) ("Order") (Doc. No. 33).

6. Pursuant to the Order, the Debtor's Schedules, Statement of Financial Affairs, and List of Creditors are due on March 31, 2017.

7. Under Bankruptcy Rule 9006(c), this Court has broad discretion to grant, for cause shown, extensions of time for matters such as these. *See* Fed. R. Bankr. P. 9006(c).

8. EA is diligently working to gather and compile the information necessary to complete the Schedules and Rule 1007(a)(2) List.  However, a family emergency of one of EA's staff members has arisen, causing EA to have to reshuffle employee responsibilities due to a class action trial currently in progress.  The staffing situation has put an unanticipated strain on EA's personnel leaving EA unable to meet the extended deadline of March 31, 2017.  This request for an additional six [6] day extension of time[1] for EA to complete its Schedules and Rule 1007(a)(2) List will not prejudice any party in interest.  The requested extension to April 6, 2017, is still eleven [11] days before the Section 341 Meeting of Creditors, scheduled for April 17, 2017, such that interested parties will have ample time to review the Schedules and Rule 1007(a)(2) List prior to the Section 341 meeting.

WHEREFORE, EA respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit "A,"** extending the time for filing its Schedules and Rule

---

[1] The requested six day extension includes two weekend days.

2

610577156.1

1007(a)(2) List (both as defined above) to April 6, 2017, and granting all other relief that is appropriate under the circumstances.

        DATED: March 31, 2017    */s/ Tiffany D. Payne*_____

                                          Elizabeth A. Green, Esq.
                                          Florida Bar No.: 0600547
                                          Email: egreen@bakerlaw.com
                                          Tiffany D. Payne, Esq.
                                          Florida Bar No.: 0421448
                                          Email: tpayne@bakerlaw.com
                                          **BAKER & HOSTETLER LLP**
                                          200 S. Orange Ave, Suite 2300
                                          Orlando, FL 32801-3432
                                          Telephone: (407) 649-4000
                                          Facsimile: (407) 841-0168
                                          *Proposed counsel to Eagan Avenatti, LLP*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on March 31, 2017**,** a true copy of the foregoing was filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice and/or via U.S. First Class Postage Prepaid Mail to the following: Gerald Tobin, 2014 Edgewater Drive, #169, Orlando, FL 32804 (*Petitioning Creditor*).

                                          */s/ Tiffany D. Payne*_____
                                          Tiffany D. Payne, Esq.

*EXHIBIT "A"*

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

In re:                                                                         CASE NO.: 6:17-bk-01329-KSJ

**EAGAN AVENATTI, LLP**                                        Chapter 11

   Debtor.
                                                                  /

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES, STATEMEMENTS OF FINANCIAL AFFAIRS, AND THE LIST OF CREDITORS REQUIRED BY FED. R. BANKR. P. 1007(A)(2)**

THIS CASE came on for consideration of *the Debtor's Second Motion for an Extension of Time to File Schedules, Statements of Financial Affairs, and List of Creditors Required by Fed. R. Bankr. P. 1007(a)(2)* (Doc. No. ___) (the "Motion") filed on March 31 2017. After considering the Motion and the record in this case, the Court finds it appropriate to grant the Motion. Accordingly it is

ORDERED:

1. The time for the Debtor to file its Schedules, Statement of Financial Affairs, and list required by Fed. R. Bankr. P. 1007(a)(2) is hereby extended to April 6, 2017.

DONE AND ORDERED in Orlando, Florida this _____ day of March, 2017.

*Attorney Tiffany Payne is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*

4

610577156.1