UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CHAPTER 11

EAGAN AVENATTI, LLP,                                CASE NO.: 06:17-bk-01329-KSJ

  Debtor.
_____ /

STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM
OF BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C. § 329(a)
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2016(b)

BAKER HOSTETLER, LLP ("B&H"), in accordance with 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), states as follows:

1.      B&H has represented EAGAN AVENATTI, LLP ("EA") since March 3, 2017 in connection with the involuntary petition filed in this Chapter 11 case.

2.      On March 8, 2017, EA paid a retainer to B&H of $10,000 for expenses and services rendered by B&H to EA in connection with determining EA's rights as a result of the involuntary petition commenced by Tobin ("Pre-Order for Relief Retainer"). The Pre-Order for Relief Retainer was intended to compensate B&H for fees and expenses incurred in connection with B&H's representation of EA from March 3, 2017 through March 10, 2017, just prior to the entry of the Order for Relief ("GAP Period"). However, because the Pre-Order for Relief Retainer was in the form of a check, and the Order for Relief was entered on an expedited basis, the check for the Pre-Order for Relief Retainer cleared after the Order for Relief was entered. As such, B&H is returning the $10,000 Pre-Order for Relief Retainer to EA.

3. On March 15, 2017, Global Baristas US, LLC ("Global US") paid a retainer to B&H of $100,000 for B&H's fees and expenses incurred on EA's behalf in connection with this case ("Initial $100,000 Retainer"). During the GAP Period, Global US paid B&H fees and costs totaling $22,624.88 from the $100,000 retainer, leaving $77,375.12. On or before April 12, 2017, Global US shall pay an additional retainer to B&H of $100,000, for a collective Chapter 11 retainer of $177,375.12 ("Chapter 11 Retainer"). Additionally, Michael Avenatti, Managing Partner of EA, has personally guaranteed payment of B&H's Chapter 11 Retainer and any other fees and expenses incurred by B&H on EA's behalf related to EA's Chapter 11 case.

4. B&H has not shared, or agreed to share, the Chapter 11 Retainer, or any other fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of B&H.

DATED AND EXECUTED this 6th day of April, 2017.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C. § 329(a) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2016(b),** has been filed with the Court and furnished via electronic noticing via the CM/ECF system to those parties requesting such notice and via electronic noticing or via U.S.

610512156.1

Postage Prepaid Mail to: Eagan Avenatti LLP, 520 Newport Center Drive, #1400, New Port Beach, CA 92660 (*Debtor*); the Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; and the Local Rule 1007-2 parties-in-interest, as shown and designated on the matrix attached to the original Notice filed with the Court, on this 6th day of April, 2017.

> /s/ *Elizabeth A. Green*
> Elizabeth A. Green

```
Label Matrix for local noticing          Eagan Avenatti LLP                       Gerald Tobin
113A-6                                   520 Newport Center Drive #1400           2014 Edgewater Drive #169
Case 6:17-bk-01329-KSJ                   New Port Beach, CA 92660-7034            Orlando, FL 32804-5312
Middle District of Florida
Orlando
Thu Apr  6 21:45:52 EDT 2017

Authentic Entertainment                  Baker, Keener & Nahra LLP                California Bank & Trust
Properties Development, LLC              633 West Fifth Street                    PO Box 30833
c/o Andrew D. Stolper, Esq.              Suite 5400                               Salt Lake City, UT 84130-0833
19800 MacArthur Blvd., #855              Los Angeles, CA 90071-2060
Irvine, CA 92612-8444


Competition Economics, LLC               David W. Stewart, PhD                    (p)INTERNAL REVENUE SERVICE
2000 Powell Street                       13031 Villosa Place                      CENTRALIZED INSOLVENCY OPERATIONS
Suite 510                                #121                                     PO BOX 7346
Emeryville, CA 94608-1886                Playa Vista, CA 90094-6500               PHILADELPHIA PA 19101-7346


Employment Development Dept.             FedEx                                    Filippo Marchino
PO Box 989061                            PO Box 7221                              1910 West Sunset Blvd.
West Sacramento, CA 95798-9061           Pasadena, CA 91109-7321                  Suite 450
                                                                                  Los Angeles, CA 90026-7118


Green Street Advisors                    International Personnel                  Jams
660 Newport Center Drive                 Protection, Inc.                         PO Box 845402
Suite 800                                PO Box 92493                             Los Angeles, CA 90084-5402
Newport Beach, CA 92660-6409             Austin, TX 78709-2493


Jason M. Frank                           Judicate West                            KNJ Ventures
Frank Sims Stolper, LLP                  1851 East First Street                   1106-A Broadway
19800 MacArthur Blvd.                    Suite 1600                               Santa Monica, CA 90401
Suite 855                                Santa Ana, CA 92705-4058
Irvine, CA 92612-8444


Norell Consulting, Inc.                  Personal Court Reporters Inc             Scott Sims
218 Catherine Park                       14520 Sylvan Street                      Frank Sims Stolper, LLP
Glendora, CA 91741-3017                  Van Nuys, CA 91411-2324                  19800 MacArthur Blvd.
                                                                                  Suite 855
                                                                                  Irvine, CA 92612-8444


The Montage Laguna Beach                 United States Trustee - ORL +            Elizabeth A Green +
Finance Dept.                            Office of the United States Trustee      Baker & Hostetler LLP
30801 South Coast Highway                George C Young Federal Building          200 S Orange Ave
Laguna Beach, CA 92651-4221              400 West Washington Street, Suite 1100   Suntrust Center, Suite 2300
                                         Orlando, FL 32801-2210                   Orlando, FL 32801-3432


Jill E Kelso +                           Isaac Marcushamer +                      Tiffany D Payne +
Office of the United States Trustee      Berger Singerman, PA                     Baker Hostetler
400 W. Washington Street                 1450 Brickell Avenue, 19th Floor         PO Box 112
Suite 1100                               Miami, FL 33131-3444                     Orlando, FL 32802-0112
Orlando, FL 32801-2440


Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gerald Tobin
2014 Edgewater Drive
#169
Orlando, FL 32804-5312

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29