# United States Bankruptcy Court
## Middle District of Florida

In re **Eagan Avenatti LLP**          Case No. **17-01329**

Debtor(s)        Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Avenatti & Associates, APC<br>520 Newport Center Drive<br>Suite 1400<br>Newport Beach, CA 92660 | | | |
| Michael Q. Eagan<br>520 Newport Center Drive<br>Suite 1400<br>Newport Beach, CA 92660 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __4-6-17__      Signature __[signature]__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.