# United States Bankruptcy Court
## Middle District of Florida

In re  Eagan Avenatti LLP

Debtor(s)

Case No.  17-01329
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Eagan Avenatti LLP  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Avenatti & Associates, APC
520 Newport Center Drive
Suite 1400
Newport Beach, CA 92660

☐ None [Check if applicable]

April 6, 2017
Date

/s/ Elizabeth A. Green
Elizabeth A. Green 0600547
Signature of Attorney or Litigant
Counsel for  Eagan Avenatti LLP
Baker & Hostetler LLP
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4000 Fax:407-841-0168
egreen@bakerlaw.com