ORDERED.

**Dated: April 20, 2017**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Eagan Avenatti LLP,

Debtor.
_______________________________/

Case No.: 6:17-bk-01329-KSJ
Chapter 11

**ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

THIS CASE came before the Court for status conference on April 17, 2017, during which the Court considered the Acting United States Trustee's Motion to Transfer Case to the Central District of California or, in the Alternative, to Dismiss Case (Dkt. No. 56; the "Motion to Transfer") filed on April 13, 2017. At the status conference, the Debtor consented to the transfer of this case to the Central District of California. The Court, having considered the Motion to Transfer, the Debtor's consent to the transfer of this case, and the record in this case, finds that it is appropriate to transfer this case to the Central District of California for the reasons stated on the record at the status conference. Accordingly, it is

**ORDERED** that:

1. The Motion to Transfer is GRANTED.

2. The instant chapter 11 case of Eagan Avenatti LLP, whose business address is 520 Newport Center Drive, Suite 1400, Newport Beach, California 92660, is transferred to the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

3. The Clerk's office in the Santa Ana Division will set the 341(a) meeting of creditors.

Clerk's Office to serve a copy of this order on all creditors and interested parties.